JS-6

DANIEL K. SPRADLIN - State Bar No. 82950
CAROLINE A. BYRNE – State Bar No. 196541
WOODRUFF, SPRADLIN & SMART, APC
555 Anton Boulevard, Suite 1200
Costa Mesa, CA 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787
dspradlin@wss-law.com
cbyrne@wss-law.com

Attorneys for Defendants CITY OF GARDEN GROVE, a public entity, and CHIEF OF POLICE JOE POLISAR, individually and as an employee of CITY OF GARDEN GROVE, a public entity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUTCHINSON,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF GARDEN GROVE, A Municipal Corporation; CITY OF GARDEN GROVE POLICE DEPARTMENT, A department Thereof; JOE POLISAR, individually and in his capacity as the Chief of Police for the City of Garden Grove Police Department; and DOES 1 THROUGH 10, inclusive,<br><br>  Defendants. | CASE NO.: SACV07-527 JVS (MLGx)<br><br>BEFORE THE HONORABLE JAMES V. SELNA, COURTROOM 10C<br><br>**JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>HEARING DATES PENDING:<br>TYPE:   Motion for Summary Judgment<br>DATE:   October 9, 2008<br>TIME:   9:00 a.m.<br>COURTROOM: 10C<br><br>TYPE:   Final Pretrial Conference<br>DATE:   October 14, 2008<br>TIME:   11:00 a.m.<br><br>TYPE:   Trial<br>DATE:   October 28, 2008<br>TIME:   8:30 a.m.<br><br>DATE ACTION FILED: May 10, 2007 |

This matter came on for hearing before the Court on September 8, 2008, James V. Selna, District Judge Presiding, on a motion for summary judgment/summary adjudication by Defendants City of Garden Grove and Chief of Police Joe Polisar, and the evidence presented having been fully considered, the issues having been fully heard and a decision having been duly rendered,

1

593451.1

1  IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action
2 be dismissed on the merits and that Defendants City of Garden Grove and Chief of
3 Police Joe Polisar recover their costs in the amount of $_____.

5 Dated: October 10, 2008

7 _____
THE HONORABLE JAMES V. SELNA
8 JUDGE OF THE UNITED STATES
DISTRICT COURT

2

593451.1